**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,           )<br>                 Plaintiff,            )<br>                                      )<br>vs.                                   )<br>                                      )<br>Randall Kirk Redhair,                 )<br>                 Defendant.           )<br>_____) | CR03-00096-001-PCT-DGC<br><br>**ORDER** |

The defendant appeared in court with counsel. The defendant's detention hearing was waived by defendant through defense counsel.

IT IS ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he is not a flight risk or a danger.

DATED this 13th day of September, 2013.

_____
Michelle H. Burns
United States Magistrate Judge